RECEIVED

JUL 27 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| HAYWARD DURESSEAU | CIVIL ACTION NO. 6:16-cv-01135 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| CAMPING WORLD OF LAFAYETTE, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that motion to dismiss and motion for a more definite statement that was filed by defendants Forest River, Inc. and Camping World RV Sales, LLC d/b/a Camping World of Lafayette (Rec. Doc. 26) is DENIED, consistent with the report and recommendation.

Signed at Alexandria, Louisiana, this 27 day of July, 2018.

UNITED STATES DISTRICT JUDGE